UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN GIBSON-CRAWFORD,
as surviving spouse of Calvin Crawford,

    Plaintiff,

v.

    Case No. 09-14308

    Hon. John Corbett O'Meara

COUNTY OF JACKSON, *et al.,*

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION
## FOR SUMMARY JUDGMENT AND DISMISSING CASE

On May 11, 2012, the court provided Plaintiff with thirty days to obtain counsel and to be re-appointed as the personal representative of Calvin Crawford's estate. Plaintiff cannot maintain this action on behalf of Calvin Crawford's estate without counsel. See Shenkman v. Bragman, 261 Mich. App. 412 (2004). Plaintiff has not complied with the court's order.

Accordingly, IT IS HEREBY ORDERED that Defendant Jackson County Sheriff's Department's motion for summary judgment is GRANTED and Plaintiff's complaint is DISMISSED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: June 21, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 21, 2012, using the ECF system and/or ordinary mail.

                                                s/William Barkholz  
                                                Case Manager